AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_Glenn Michael Heagerty, Jr._
NAME OF DEBTOR

CASE NO. __20-21593__

_2890 Willow Wisp Way_
ADDRESS

TELEPHONE NO. _____

_Cumming, GA 30040_
CITY, STATE, ZIP

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:    YES ☐    NO ☒

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____          _____
CITY, STATE, ZIP CODE                                    TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER:    YES ☐    NO ☐    IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER:    YES ☒    NO ☐

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
_20-21358-JRS, Chapter 13, USBJ James R. Sacca_

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the _30_ day of _November_, _2020_

_____          _____
NOTARY PUBLIC                                                DEPUTY CLERK

[Notary seal: CHANDLER STEWART, NOTARY, EXPIRES October 18, 2022, GEORGIA, FORSYTH COUNTY, PUBLIC]

F61 (psafdt)04/04