# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

20-21593

In re

_Glenn Michael Heagerty, Jr._

Debtor(s)

Case No. _____

Chapter _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS
## FOR INDIVIDUALS OR JOINT DEBTORS

1.  In accordance with Fed. R. Bankr. P. 1006 and General Order No. 23-2018 (Bankr. N.D. GA.) I apply for permission to pay the filing fee amounting to $ _310.00_ in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, in accordance with Local Rules.

2.  I am unable to pay the filing fee except in installments.

3.  I certify that I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.  I propose the following terms for the payment of the filing fee:

    - First Installment of $ _100.00_ , with the filing of the petition.
    - Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $_____, on or before 30 days from the date the bankruptcy petition was filed.
    - Final Installment of the remaining unpaid balance of the filing fee in the amount of $_____, on or before 60 days from the date the bankruptcy petition was filed.

5.  **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, in accordance with Local Rules.**

_____          _____ 11/30/2020

Signature of Attorney            Date          Signature of Debtor            Date

                                                (In a joint case, both Debtors must sign)

_____          _____

Name of Attorney                     Signature of Joint Debtor            Date

1

(Application to Pay Filing Fee in Installments for ALL Chapters - Revision Date December 2018)


