UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | | |
|---|---|---|---|
| In Re: | **Glenn Michael Heagerty Jr.**<br>2890 Willow Wisp Way<br>Cumming, GA 30040<br><br>**xxx–xx–1077** | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: **20–21593–jrs**<br>Chapter: **13** |

Debtor(s)

## ORDER VACATING ORDER

   On December 2, 2020, the Clerk issued an order entitled Order Granting Application by Debtor(s) to Pay Filing Fees in Installments in error. Accordingly, it is hereby

   ORDERED that the Order Granting Application by Debtor(s) to Pay Filing Fees in Installments entered December 2, 2020 is hereby *VACATED* in its entirety.

   The Clerk is directed to serve a copy of this Order upon Debtor, Debtor's Counsel, if any, the Trustee, and any parties in interest.

SO ORDERED, ON December 2, 2020.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: December 2, 2020

Form orvacor –11/2016