**Fill in this information to identify your case:**

Debtor 1: Glenn Michael Heagerty, Jr.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if known): 20-21593-jrs

20-21593

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk
DEC - 7, 2020
By: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: Amount of claim (Do not deduct the value of collateral) | Column B: Value of collateral that supports this claim | Column C: Unsecured portion If any |
|---|---|---|---|

**2.1** Capital One Home Loans, LLC
Creditor's Name
12800 Foster Street
Number  Street

Overland Park, KS 66213
City  State  ZIP Code

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: 4/11/2008

Describe the property that secures the claim:
**Debtor 1's Home**

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Security Deed Recorded

Last 4 digits of account number **3 2 0 1**

Amount: $192,000.00   $0.00   $192,000.00

**2.2** Sawnee View Farms HOA
Creditor's Name
P.O. Box 1546
Number  Street

Cumming  GA  30028
City  State  ZIP Code

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred: 2/11/2015

Describe the property that secures the claim:
**Debtor 1's Property**

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number **L 0 T 9**

Amount: $1,009.00   $0.00   $1,009.00

Add the dollar value of your entries in Column A on this page. Write that number here:  **$193,009.00**

Official Form 106D   Schedule D: Creditors Who Have Claims Secured by Property   page 1 of **5**

Debtor 1  Glenn Michael Heagerty, Jr.
First Name  Middle Name  Last Name

Case number (if known) 20-21593-jrs

### Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.3** Sawnee View Farms HOA
Creditor's Name

P.O. Box 1546
Number  Street

Cumming,  GA  30028
City  State  ZIP Code

Describe the property that secures the claim:

Debtor 1's Property

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 5,456.54   $ 0.00   $ 5,456.54

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred 6/10/2016    Last 4 digits of account number L O T 9

---

**2.4** Sawnee View Farms HOA
Creditor's Name

P.O. Box 1546
Number  Street

Cumming,  GA  30028
City  State  ZIP Code

Describe the property that secures the claim:

Debtor 1's Property

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 600.00   $ 0.00   $ 600.00

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred 1/31/2017    Last 4 digits of account number L O T 9

---

**2.5** Sawnee View Farms HOA
Creditor's Name

P.O. Box 1546
Number  Street

Cumming,  GA  30028
City  State  ZIP Code

Describe the property that secures the claim:

Debtor 1's Property

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 600.00   $ 0.00   $ 600.00

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred 1/31/2018    Last 4 digits of account number L O T 9

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 6,656.54

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  $ _____

Official Form 106D       Additional Page of Schedule D: Creditors Who Have Claims Secured by Property       page 2 of 5

Debtor 1: Glenn Michael Heagerty, Jr.
Case number (if known): 20-21593-jrs

## Additional Page

**Part 1:** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|

### 2.6 Sawnee View Farms HOA
P.O. Box 1546
Cumming, GA 30028

Describe the property that secures the claim: **Debtor 1's Property**

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Who owes the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred: 1/31/2019
Last 4 digits of account number: L O T 9

Column A: $600.00  Column B: $0.00  Column C: $600.00

### 2.7 Sawnee View Farms HOA
P.O. Box 1546
Cumming, GA 30028

Describe the property that secures the claim: **Debtor 1's Property**

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Who owes the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred: 1/31/2020
Last 4 digits of account number: L O T 9

Column A: $600.00  Column B: $0.00  Column C: $600.00

### 2.8 State of Georgia
2 Peachtree St NW
24th Floor
Atlanta, GA 30303

Describe the property that secures the claim: **Debtor 1's Property**

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Who owes the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred: 4/15/2010
Last 4 digits of account number: 1 0 7 7

Column A: $5,557.90  Column B: $0.00  Column C: $5,557.90

Add the dollar value of your entries in Column A on this page. Write that number here: **$6,757.90**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

Debtor 1: Glenn Michael Hengerly, Jr.

Case number (if known): 20-21593-jrs

## Additional Page

**Part 1:** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.9** Creditor's Name: **State of Georgia**
Number/Street: **2 Peachtree St NW**
**24TH Floor**
City/State/ZIP: **Atlanta, GA 30303**

Describe the property that secures the claim:
**Debtor 1's Property**

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: $ **8,309.98**
Column B: $ **0.00**
Column C: $ **8,309.98**

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **4/15/2011**
Last 4 digits of account number **1 0 7 7**

---

Creditor's Name: _____
Number/Street: _____
City/State/ZIP: _____

Describe the property that secures the claim: _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number ____ ____ ____ ____

---

Creditor's Name: _____
Number/Street: _____
City/State/ZIP: _____

Describe the property that secures the claim: _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number ____ ____ ____ ____

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ **8,309.98**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ **214,733.42**

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page **4** of **5**

Debtor 1   Glenn Michael Heagerty, Jr.
           First Name   Middle Name   Last Name

Case number (if known) 20-21593-jrs

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☑ 2.1

Name: Capital One Home Loans, LLC
c/o Corporation Service Company
Number / Street: 251 Little Falls Drive

City: Wilmington    State: DE    ZIP Code: 19808

On which line in Part 1 did you enter the creditor? 2.1
Last 4 digits of account number  3  2  0  1

☐
Name:
Number  Street
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___ ___ ___ ___

☐
Name:
Number  Street
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___ ___ ___ ___

☐
Name:
Number  Street
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___ ___ ___ ___

☐
Name:
Number  Street
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___ ___ ___ ___

☐
Name:
Number  Street
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? ___
Last 4 digits of account number ___ ___ ___ ___

Official Form 106D    Part 2 of Schedule D: Creditors Who Have Claims Secured by Property    page 5 of 5

**Fill in this information to identify your case:**

Debtor 1: **Glenn** (First Name) **Michael** (Middle Name) **Heagerty, Jr.** (Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name) _____ (Middle Name) _____ (Last Name)

United States Bankruptcy Court for the: **ND** District of **Georgia**

Case number (If known): **20-21593-JRS**

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☒ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** Priority Creditor's Name: **Unable to identify (USA?)**
Number Street: _____
City _____ State _____ ZIP Code _____

Last 4 digits of account number **1 0 7 7**   $**7819.86**   $**7819.86**   $**0.00**
When was the debt incurred? **2009**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

Who incurred the debt? Check one:
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☒ Yes

**2.2** Priority Creditor's Name: **Unable to identify (USA?)**
Number Street: _____
City _____ State _____ ZIP Code _____

Last 4 digits of account number **1 0 7 7**   $**6905.52**   $**6905.52**   $**0.00**
When was the debt incurred? **2009**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

Who incurred the debt? Check one:
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☒ Yes

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of **8**

Debtor 1  Glenn Michael Heagerty, Jr.    Case number (if known) 20-21593-JRS

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

**2.3** Unable to identify (USA?)
Priority Creditor's Name

Last 4 digits of account number  1 0 7 7     $13,574.10   $13,574.10   $0.00
When was the debt incurred? 2010

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Is the claim subject to offset?
- ☐ No
- ☒ Yes

**2.4** Unable to identify (USA?)
Priority Creditor's Name

Last 4 digits of account number  1 0 7 7     $6,909.50   $6,909.50   $0.00
When was the debt incurred? 2010

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Is the claim subject to offset?
- ☐ No
- ☒ Yes

**2.5** Unable to identify (USA?)
Priority Creditor's Name

Last 4 digits of account number  1 0 7 7     $29,846.14   $29,846.14   $0.00
When was the debt incurred? 2011

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Is the claim subject to offset?
- ☐ No
- ☒ Yes

Debtor 1   Glenn Michael Neagerty, Jr.      Case number (if known) 20-21593-JRS

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

**2.6** Unable to identify (USAR)
Priority Creditor's Name

Number  Street

City  State  ZIP Code

Last 4 digits of account number  1 0 7 7    $4,400.86   $4,400.86   $0.00

When was the debt incurred?  2011

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify _____

Is the claim subject to offset?
- [ ] No
- [x] Yes

**2.7** Unable to identify (Forsyth County)
Priority Creditor's Name

Number  Street

City  State  ZIP Code

Last 4 digits of account number  7 1 9 7    $2,866.53   $2,866.53   $

When was the debt incurred?  2020

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify _____

Is the claim subject to offset?
- [ ] No
- [x] Yes

___
Priority Creditor's Name

Number  Street

City  State  ZIP Code

Last 4 digits of account number ___ ___ ___ ___   $____   $____   $____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify _____

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3 of 8

Debtor 1 _Glenn_ _Michael_ _Heaverly, Jr._  Case number (if known) _20-21598-JRS_
         First Name  Middle Name  Last Name

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**4.1**
Nonpriority Creditor's Name: _Unidentified (No collector will identify creditor(s) to me)_
Number Street
City State ZIP Code

Last 4 digits of account number _2 1 9 2_
When was the debt incurred? _2020_

Total claim: $_265,754.78_

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☒ Yes

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _Demand Loan_

**4.2**
Nonpriority Creditor's Name:
Number Street
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

$_____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.3**
Nonpriority Creditor's Name:
Number Street
City State ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

$_____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1  Glenn Michael Heagarty, Jr.          Case number 20-21593-JRS

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Name:** Department of the Treasury
Internal Revenue Service
P.O. Box 621503
Atlanta, GA 30362-1503

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.1 of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 1 0 7 7

---

**Name:** Department of Treasury
Internal Revenue Service
P.O. Box 621503
Atlanta, GA 30362-1503

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.2 of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 1 0 7 7

---

**Name:** Department of Treasury
Internal Revenue Service
P.O. Box 621503
Atlanta, GA 621503

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.3 of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 1 0 7 7

---

**Name:** Department of the Treasury
Internal Revenue Service
P.O. Box 621503
Atlanta, GA 30362-1503

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.4 of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 1 0 7 7

---

**Name:** Department of the Treasury
Internal Revenue Service
P.O. Box 621503
Atlanta, GA 30362-1503

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.5 of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 1 0 7 7

---

**Name:** Department of the Treasury
Internal Revenue Service
P.O. Box 621503
Atlanta, GA 30362-1503

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.6 of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 1 0 7 7

---

**Name:** Forsyth County Tax Commissioner
1092 Tribble Gap Rd.
Cumming, GA 30040

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.7 of (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 7 1 9 7

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 5 of 8

Debtor 1  Glenn Michael Heagerty, Jr.    Case number (if known) 20-21593-jrs

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Name: Mortgage Electronic Registration System Inc.
c/o The Corporation Trust Company
1209 Orange St
Corporation Trust Center
Wilmington, DE 19801

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 2 1 9 2

---

Name: Capital One Home Loans, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 2 1 9 2

---

Name: Wilmington Savings Fund Society, FSB
c/o Controllers Office
500 Delaware Avenue
Wilmington, DE 19801

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 2 1 9 2

---

Name: Residential Credit Opportunities Trust V-E
c/o Wilmington Savings Fund Society, FSB
500 Delaware Avenue
11TH Floor
Wilmington, DE 19801

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 2 1 9 2

---

Name: AMIP Management, LLC
Loss Mitigation Dept
3020 Old Ranch Parkway
Ste 180
Seal Beach, CA 90740

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 2 1 9 2

---

Name: Rubin, Lublin LLC
c/o Peter Lublin
3145 Avalon Ridge Place
Peachtree Corners, GA 30071

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 2 1 9 2

---

Name: Residential Credit Opportunities Trust V-C
c/o Wilmington Savings Fund Society, FSB
500 Delaware Avenue
11TH Floor
Wilmington, DE 19801

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 2 1 9 2

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 6 of 8

Debtor 1: Glenn Michael Heagerty, Jr.

Case number (if known): 20-21593-jrs

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Name:** AMIP Management, LLC
c/o National Registered Agents
**Number Street:** 1209 Orange Street
**City:** Wilmington, **State:** DE **ZIP Code:** 19801

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 2 1 9 2

**Name:** FCI Lender Services, Inc.
c/o Cogency Global Inc.
**Number Street:** 900 Old Roswell Lakes Parkway
Suite 310
**City:** Roswell, **State:** GA **ZIP Code:** 30076

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number 2 1 9 2

Debtor 1  Glenn Michael Heagerty, Jr.   Case number (if known) 20-21593-jrs

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

Total claim

- 6a. Domestic support obligations — 6a. $ _____
- 6b. Taxes and certain other debts you owe the government — 6b. $ 74,322.51
- 6c. Claims for death or personal injury while you were intoxicated — 6c. $ _____
- 6d. Other. Add all other priority unsecured claims. Write that amount here. — 6d. + $ _____
- 6e. Total. Add lines 6a through 6d. — 6e. $ 74,322.51

**Total claims from Part 2**

Total claim

- 6f. Student loans — 6f. $ _____
- 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims — 6g. $ _____
- 6h. Debts to pension or profit-sharing plans, and other similar debts — 6h. $ _____
- 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. — 6i. + $ 265,754.78
- 6j. Total. Add lines 6f through 6i. — 6j. $ 265,754.78

**Fill in this information to identify your case:**

Debtor 1: Glenn Michael Heagerty, Jr.

Debtor 2 (Spouse, if filing): ___

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if known): 20- -jrs

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   Name of your spouse, former spouse, or legal equivalent
   
   Number  Street
   
   City  State  ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt

   Check all schedules that apply:

   3.1  Name ___  
   Number Street ___  
   City ___ State ___ ZIP Code ___  
   ☐ Schedule D, line ___  
   ☐ Schedule E/F, line ___  
   ☐ Schedule G, line ___

   3.2  Name ___  
   Number Street ___  
   City ___ State ___ ZIP Code ___  
   ☐ Schedule D, line ___  
   ☐ Schedule E/F, line ___  
   ☐ Schedule G, line ___

   3.3  Name ___  
   Number Street ___  
   City ___ State ___ ZIP Code ___  
   ☐ Schedule D, line ___  
   ☐ Schedule E/F, line ___  
   ☐ Schedule G, line ___

Official Form 106H    Schedule H: Your Codebtors    page 1 of 1

**Fill in this information to identify your case:**

Debtor 1: Glenn Michael Hegerty, J.
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 20-21593-jrs
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules       12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Glenn Hegerty
Signature of Debtor 1

X _____
Signature of Debtor 2

Date 12/7/2020
     MM / DD / YYYY

Date _____
     MM / DD / YYYY

Official Form 106Dec      Declaration About an Individual Debtor's Schedules