**20-21593**

# CREDITOR MAILING LIST
## AMENDED 12/7/2020

Mortgage Electronic Registration Systems Inc
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Capital One Home Loans, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102-3110

Wilmington Savings Fund Society, FSB
c/o Controllers Office
500 Delaware Avenue
Wilmington, DE 19801

Residential Credit Opportunities Trust V-E
c/o Wilmington Savings Fund Society, FSB
500 Delaware Avenue
11th Floor
Wilmington, DE 19801

American Mortgage Investment Partners Management, LLC
Loss Mitigation Dept.
3020 Old Ranch Parkway
Ste 180
Seal Beach, CA 90740

Rubin Lublin LLC
c/o Peter Lublin
3145 Avalon Ridge Place
Peachtree Corners, GA 30071

*Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk
DEC - 7 2020
By: _____
Deputy Clerk*

Residential Credit Opportunities Trust V-C
c/o Wilmington Savings Fund Society, FSB
500 Delaware Avenue
11th Floor
Wilmington, DE 19801

AMIP Management, LLC
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

FCI Lender Services, Inc.
c/o Cogency Global Inc.
900 Old Roswell Lakes Parkway
Suite 310
Roswell, GA 30078

Department of the Treasury
Internal Revenue Service
P.O. Box 621503
Atlanta, GA 30362-1503

Forsyth County Tax Commissioner
1092 Tribble Gap Rd.
Cumming, GA 30040-2236

Sawnee View Farms HOA
P.O. Box 1546
Cumming, GA 30028