Filed in U.S. Bankruptcy Court
Atlanta, Georgia

DEC 8 2020

M. Regina Thomas, Clerk
By: _____ Sem
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Glenn Michael Heagerty, Jr.

Debtor

Case No. 20-21593-jrs
Chapter 13

## STATEMENT REGARDING PAYMENT ADVICES (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☐ I am self-employed; or

☐ My employer did not provide pay stubs.

☒ Other
_The company I work for does not provide pay stubs_

Dated: 12/8/2020

_____
Debtor