**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | **Glenn Michael Heagerty Jr.**<br>2890 Willow Wisp Way<br>Cumming, GA 30040<br><br>**xxx–xx–1077**<br><br>Debtor(s) | )<br>)  Case No.: **20–21593–jrs**<br>)  Chapter: **13**<br>)<br>)<br>) |

## ORDER VACATING ORDER

On December 9, 2020, the Clerk issued an order entitled Order Regarding the List of Creditors with deficiencies noted in error. Accordingly, it is hereby

ORDERED that the Order Regarding the List of Creditors with deficiencies noted entered December 9, 2020 is hereby ***VACATED*** in its entirety.

The Clerk is directed to serve a copy of this Order upon Debtor, Debtor's Counsel, if any, the Trustee, and any parties in interest.

SO ORDERED, ON December 9, 2020.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: December 9, 2020

Form orvacor –11/2016