**Fill in this information to identify your case:**

Debtor: Glenn Michael Heagerty, Jr.

Debtor 2 (Spouse if filing): _____

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 20-21593-jrs

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

DEC 9 2020

M. Regina Thomas, Clerk
By: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Equifax Information Services LLC<br>1550 Peachtree St, NW  H46<br>Atlanta, GA  30309-2402 | NDGa 2:14-cv-00132-WCO-JCF<br>Confidential Settlement & Release Agreement |
| 2.2 | Experian Information Solutions Inc<br>476 Anton Blvd<br>Costa Mesa, CA  92626 | NDGa 2:14-cv-00132-WCO-JCF<br>Confidential Settlement & Release Agreement |
| 2.3 | Innovis Data Solutions Inc<br>250 E. Broad St<br>Columbus, OH  43215 | NDGa 2:14-cv-00132-WCO-JCF<br>Confidential Settlement & Release Agreement |
| 2.4 | Trans Union LLC<br>555 W Adams St<br>Chicago, IL  60661-3719 | NDGa 2:14-cv-00132-WCO-JCF<br>Confidential Settlement & Release Agreement |
| 2.5 | Brock & Scott, PLLC<br>1315 Westbrook Plaza Drive<br>Winston-Salem, NC  27103 | NDGa 2:16-cv-00201-WCO-JCF<br>Confidential Settlement & Release Agreement (includes Forsyth County Magistrate Court 16 MGC-1390) |

Official Form 106G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of 2

Debtor 1: Glenn Michael Heagerty, Jr.

Case number (if known): 20-____-jrs

**Additional Page if You Have More Contracts or Leases**

| # | Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|---|
| 2.2 | Discover Bank c/o Brock & Scott, PLLC<br>1315 Westbrook Plaza Drive<br>Winston-Salem, NC 27103 | NDGa 2:16-cv-00201-WCO-JCF<br>Confidential Settlement & Release Agreement (includes Forsyth County Magistrate Court 16 MGC-1390) |
| 2._ | Lueder, Larkin & Hunter LLC<br>5900 Windward Parkway, Suite 390<br>Alpharetta, GA 30005 | NDGa 1:18-cv-03412-ELR-RGV<br>Confidential Settlement & Release Agreement |
| 2._ | Equifax Information Services LLC<br>1550 Peachtree Street<br>Atlanta, GA 30309 | NDGa 1:18-cv-01233-CAP-CMS<br>Confidential Settlement & Release Agreement |
| 2._ | National Consumer Telecom & Utilities Exchange, Inc.<br>c/o Corporation Service Company, Princeton South Corporate Center<br>100 Charles Ewing Blvd, Suite 160<br>Ewing, NJ 08628 | NDGa 1:18-cv-01233-CAP-CMS<br>Confidential Settlement & Release Agreement |

Official Form 106G    Schedule G: Executory Contracts and Unexpired Leases    page 2 of 2

**Fill in this information to identify your case:**

Debtor 1: Glenn Michael Hegarty, Jr.

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of GA

Case number (if known): 20-21593-jrs

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____. Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _[signature]_   X _____
Signature of Debtor 1      Signature of Debtor 2

Date 12/9/2020       Date _____

Official Form 106Dec        Declaration About an Individual Debtor's Schedules