UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

In      GLENN MICHAEL HEAGERTY, JR.

Re:    2890 Willow Wisp Way                     Case No: 20-21593-jrs

Cumming, GA 30040                                Chapter 13

xxx-xx-1077

Debtor(s)

*Filed in U.S. Bankruptcy Court
Atlanta, Georgia
DEC 16 2020
M. Regina Thomas, Clerk*

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the Debtor's Chapter 13 Plan has been served upon all entities, except Debtor, listed in the Mailing Matrix maintained by the Clerk of Court by placing a copy of same in the U.S. Mail, proper postage affixed thereto, in envelopes addressed as shown in the Mailing Matirx(attached hereto as Exhibit A.

This 16th day of December, 2020.

Glenn Heagerty
Debtor, *Pro Se*
2890 Willow Wisp Way
Cumming, GA 30040
Telephone: (470) 902-1000
Email: gascfc16sc0149a@mail.com

1

# Exhibit A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113R-2<br>Case 20-21593-jrs<br>Northern District of Georgia<br>Gainesville<br>Tue Dec 15 12:24:40 EST 2020 | AMIP Management, LLC<br>Loss Mitigation Dept.<br>3020 Old Ranch Parkway Ste 180<br>Seal Beach, CA 90740-2799 | AMIP Management, LLC<br>c/o National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, DE 19801-1120 |
| American Mortgage Investment Partners<br>Management, LLC<br>Loss Mitigation Dept.<br>3020 Old Ranch Parkway Ste 180<br>Seal Beach, CA 90740-2799 | Capital One Home Loans, LLC<br>12800 Foster Street<br>Overland Park KS 66213-2623 | Capital One Home Loans, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808-1674 |
| Lisa F. Caplan<br>Rubin Lublin, LLC<br>Suite 100<br>3145 Avalon Ridge Place<br>Peachtree Corners, GA 30071-1570 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 621503<br>Atlanta GA 30362-3003 | FCI Lender Services, Inc.<br>c/o Cogency Global Inc.<br>900 Old Roswell Lakes Parkway<br>Suite 310<br>Roswell, GA 30076-8667 |
| Forsyth County Tax Commissioner<br>1092 Tribble Gap Rd<br>Cumming GA 30040-2236 | Freddie Mac<br>8200 Jones Branch Drive<br>McLean, VA 22102-3110 | Glenn Michael Heagerty Jr.<br>2890 Willow Wisp Way<br>Cumming, GA 30040-7183 |
| Mortgage Electronic Registration<br>Systems Inc<br>c/o The Corporation Trust Center<br>1209 Orange St<br>Wilmington, DE 19801-1120 | Mortgage Electronic Registration<br>Systems Inc<br>c/o The Corporation Trust Company<br>1209 Orange St<br>Wilmington, DE 19801-1120 | Residential Credit Opportunities Trust V-C<br>c/o Wilmington Savings Fund Society, FSB<br>500 Delaware Avenue<br>11th Floor<br>Wilmington, DE 19801-1490 |
| Residential Credit Opportunities Trust V-E<br>c/o Wilmington Savings Fund Society, FSB<br>500 Delaware Avenue<br>11th Floor<br>Wilmington, DE 19801-1490 | Rubin Lublin LLC<br>c/o Peter Lublin<br>3145 Avalon Ridge Place<br>Peachtree Corners, GA 30071-5717 | Sawnee View Farms HOA<br>PO Box 1546<br>Cumming GA 30028-1546 |
| State of Georgia<br>2 Peachtree St NW<br>24th Floor<br>Atlanta GA 30303-3142 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 |
| Wilmington Savings Fund Society, FSB<br>c/o Controllers Office<br>500 Delaware Avenue<br>Wilmington, DE 19801-1490 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Forsyth County Tax Commissioner<br>1092 Tribble Gap Rd<br>Cumming GA 30040-2236 | (u)Unable to Identify (Forsyth County) | (u)Unable to Identify (USA?) |

| | | |
|---|---|---|
| (u)Unidentified (No Collector will identify creditor(s) to me) | (u)WILMINGTON SAVINGS FUND SOCIETY, FSB | End of Label Matrix<br>Mailable recipients  21<br>Bypassed recipients   5<br>Total                26 |