UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

| In Re: | GLENN MICHAEL HEAGERTY, JR. | Case No: 20-21593-jrs |
|---|---|---|
| | 2890 Willow Wisp Way | |
| | Cumming, GA 30040 | Chapter 13 |
| | xxx-xx-1077 | |
| | Debtor(s) | |

*Filed in U.S. Bankruptcy Court, Atlanta, Georgia DEC 16 2020 M. Regina Thomas Clerk, by Deputy Clerk*

### CERTIFICATE OF MANNER OF SERVICE
### OF PLAN UNDER BANKRUPTCY RULE 7004

I do hereby certify that a true and correct copy of the Debtor's Chapter 13 Plan has been served upon the following entities as required under Bankruptcy Rule 7004 by placing a copy of same in the U.S. Mail, proper postage affixed thereto, in envelopes addressed as follows:

State of Georgia, Office of the Attorney General, 40 Capital Square, SW, Atlanta, GA 30334;

Capital One Home Loans, LLC, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674

Sawnee View Farms HOA, c/o Amy Ouellette, 2870 Willow Wisp Way, Cumming. GA 30040

1

This 16th day of December, 2020.

*[signature]*

Glenn Michael Heagerty, Jr.
Debtor, *Pro Se*
2890 Willow Wisp Way
Cumming, GA 30040
Telephone: (470) 902-1000
Email: gascfc16sc0149a@mail.com