**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Gainesville Division
Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501
www.ganb.uscourts.gov

In
Re:    **Glenn Michael Heagerty Jr.**

Case No.: **20–21593–jrs**
Chapter:  **13**
Judge:  **James R. Sacca**

## *ORDER SETTING DEADLINE TO CORRECT FILING DEFICIENCY PURSUANT TO GENERAL ORDER 40–2020*

Pursuant to General Order 40–2020, which provides filing options for debtors not represented by an attorney ("Pro Se Debtors"), the debtor submitted document(s) on 12/7/20. General Order 40–2020 requires Pro Se Debtors to mail certain original signed documents submitted by email or fillable form to the Court within fourteen (14) days of submission.

**To be Filed by 01/12/21**
Original Declaration About Debtor's Schedules (Form 106) filed by Glenn Michael Heagerty Jr.

**If, by the date set forth above, the debtor fails to file the required papers or correct the deficiencies, the Court may strike the pleading or dismiss this case without further notice or hearing.**

**The Clerk will serve this order on the debtor and the Trustee.**

SO ORDERED, on December 29, 2020.

Form 436BK August 2020

James R. Sacca
United States Bankruptcy Judge