**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Gainesville Division Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501
678−450−2700

---

In
Re:    **Glenn Michael Heagerty Jr.**

　　　　Debtor(s)

Case No.: **20−21593−jrs**
Chapter: **13**
Judge: **James R. Sacca**

---

<u>**NOTICE OF DEFICIENCY**</u>

You are hereby notified that Document # 15 filed on December 7, 2020, is deficient for the following reasons:

The required filing fee was not paid. (28 U.S.C. 1930). Fee due: $32.00

Please remit required fee via cashier's check or money order payable to the Clerk, U. S. Bankruptcy Court, or through the Payment of Fees event if you are a registered ECF participant. Checks from a debtor cannot be accepted. Payments may also be made online at:<u>https://www.ganb.uscourts.gov/online−payments</u> .

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 12/29/20

M. Regina Thomas
Clerk of Court

By: Shannon Morris
Deputy Clerk

Form 431 − Notice of deficiency 11−2020

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 20-21593-jrs

Glenn Michael Heagerty Jr.                                                    Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 113E-8                          User: morriss                                    Page 1 of 1

Date Rcvd: Dec 29, 2020                   Form ID: 431                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

**Recip ID              Recipient Name and Address**
db                  +  Glenn Michael Heagerty, Jr., 2890 Willow Wisp Way, Cumming, GA 30040-7183

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020                        Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed
below:**

**Name                   Email Address**

Lisa F. Caplan

                         on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB lcaplan@rubinlublin.com,
                         akhosla@rubinlublin.com;nbrown@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Nancy J. Whaley

                         ecf@njwtrustee.com

TOTAL: 2