**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Gainesville Division
Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501
www.ganb.uscourts.gov

In
Re:   **Glenn Michael Heagerty Jr.**

Case No.: **20−21593−jrs**
Chapter: **13**
Judge: **James R. Sacca**

### ORDER SETTING DEADLINE TO CORRECT FILING DEFICIENCY PURSUANT TO GENERAL ORDER 40−2020

Pursuant to General Order 40−2020, which provides filing options for debtors not represented by an attorney ("Pro Se Debtors"), the debtor submitted document(s) on 12/7/20. General Order 40−2020 requires Pro Se Debtors to mail certain original signed documents submitted by email or fillable form to the Court within fourteen (14) days of submission.

**To be Filed by 01/12/21**
Original Declaration About Debtor's Schedules (Form 106) filed by Glenn Michael Heagerty Jr.

**If, by the date set forth above, the debtor fails to file the required papers or correct the deficiencies, the Court may strike the pleading or dismiss this case without further notice or hearing.**

**The Clerk will serve this order on the debtor and the Trustee.**

SO ORDERED, on December 29, 2020.

Form 436BK August 2020

James R. Sacca
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

In re:                                          Case No. 20-21593-jrs

Glenn Michael Heagerty Jr.                        Chapter 13

      Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-8 | User: morriss | Page 1 of 1 |
| Date Rcvd: Dec 29, 2020 | Form ID: 436BK | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn Michael Heagerty, Jr., 2890 Willow Wisp Way, Cumming, GA 30040-7183 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020             Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lisa F. Caplan | |
| | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB lcaplan@rubinlublin.com, akhosla@rubinlublin.com;nbrown@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Nancy J. Whaley | |
| | ecf@njwtrustee.com |

TOTAL: 2