**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **GLENN MICHAEL HEAGERTY, JR.** | : | **CASE NUMBER G20-21593-JRS** |
| **DEBTOR** | : | |

**CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION**
**TO CONFIRMATION AND MOTION TO DISMISS CASE OR, IN**
**THE ALTERNATIVE, MOTION TO CONVERT CASE TO CHAPTER 7**

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The plan fails to treat Wilmington Savings Fund Society, FSB and Sawnee View Farms Homeowner's Association, Inc. in violation of 11 U.S.C. Section 1322(a)(3) and/or 11 U.S.C. Section 502(a).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation and convert the instant case to a Chapter 7 proceeding pursuant to 11 U.S.C. Section 1307(b).

Respectfully submitted,


 /s/
Eric W. Roach,
Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

/scw

**CERTIFICATE OF SERVICE**

Case No:  G20-21593-JRS

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Objection to Confirmation and Motion to Dismiss Case or, in the Alternative, Motion to Convert Case to Chapter 7 to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

GLENN MICHAEL HEAGERTY, JR.
2890 WILLOW WISP WAY
CUMMING, GA  30040

This the 9th day of February, 2021.

/s/_____
   Eric W. Roach
   Attorney for the Chapter 13 Trustee
   State Bar No. 143194
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201